**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

JASON BAEZ,

*Plaintiff,*

*v.* Case No. 4:25-cv-00216-MW-MAF

RICHARD COMERFORD, in his official capacity as Secretary of the Florida Department of Corrections,

*Defendant.*

# DEFENDANT'S NOTICE OF COMPLIANCE WITH ORDER GRANTING PERMANENT INJUNCTION

Defendant, Richard Comerford, in his official capacity as Secretary of the Florida Department of Corrections ("Department"), files this notice demonstrating the Department's compliance with the Court's Order Granting Permanent Injunction. DE 70. The Department deposited a check for $31,492.01 – which the Parties agree is the balance of the $40,000 withdrawn by the Department pursuant to the cost-of-incarceration lien – into the Court's registry. A receipt showing that the Department issued the check is attached hereto as **Exhibit 1**, and a receipt for the payment is attached hereto as **Exhibit 2**.

Dated: October 20, 2026

Respectfully submitted,

*/s/Nicholas J.P. Meros*
Nicholas J.P. Meros (FBN 120270)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
nmeros@shutts.com

*Counsel for Florida Department of Corrections*

**RULE 7.1(F) CERTIFICATION**

Pursuant to N.D. Fla. Local Rule 7.1(F), I hereby certify that this notice complies with the Rule's font requirements and contains 89 words, exclusive of the case style, signature block, and any certificate of service.

*/s/ Nicholas J.P. Meros*
*Counsel for Florida Department of Corrections*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed via the Court's CM/ECF system, which provides notice to all parties, on October 20, 2026.

*/s/ Nicholas J.P. Meros*
*Counsel for Florida Department of Corrections*

**EXHIBIT**

**1**

# STATE OF FLORIDA
## DEPARTMENT OF FINANCIAL SERVICES
## REMITTANCE ADVICE

| FLAIR ACCOUNT CODE | OLO | SITE | DOCUMENT NUMBER | OBJECT | DATE | PAYMENT NO |
|---|---|---|---|---|---|---|
| 70-101000364-70031900-00-04000000 | 700000 | C2 | D7000185366 | 4999 | 10/19/26 | 0308975 |

PAYMENT AMOUNT
$ 31,492.01

AGENCY DOCUMENT NO
V008849

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
111 N ADAMS ST
STE 322
TALLAHASSEE FL 32301

**PLEASE DIRECT QUESTIONS TO: (850) 717-3889, C2 - ACCOUNTS PAYABLE - MARINA NELSON**

**VENDORS NOW CAN VIEW PAYMENT INFORMATION AT HTTP://FLAIR.DBF.STATE.FL.US**

| INVOICE NUMBER | AMOUNT |
|---|---|
| BEAZ | $ 31,492.01 |

DETACH CAREFULLY AND RETAIN FOR YOUR RECORDS BEFORE CASHING OR DEPOSITING THE WARRANT

**EXHIBIT**

**2**

AO82
(Rev. 4/90)

ORIGINAL

105116

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF FLORIDA
at TALLAHASSEE

RECEIVED FROM STATE OF FLORIDA
DEPARTMENT OF FINANCIAL SERVICES
200 E GAINES STREET
TALLAHASSEE, FL 32399

| Fund | | | ACCOUNT | AMOUNT |
|---|---|---|---|---|
| 6855XX | | Deposit Funds | | 32,492.01 |
| 604700 | X | Registry Funds | | |
| | | General and Special Funds | | |
| 508800 | | Immigration Fees | | |
| 085000 | | Attorney Admission Fees | | |
| 086900 | | Filing Fees | TOTAL | 32,492.01 |
| 322340 | | Sale of Publications | Case Number or Other Reference | |
| 322350 | | Copy Fees | 4:25cv 216-MW/MAF | |
| 322360 | | Miscellaneous Fees | | |
| 143500 | | Interest | | |
| 322380 | | Recoveries of Court Costs | | |
| 322386 | | Restitution to U.S. Government | | |
| 121000 | | Conscience Fund | | |
| 129900 | | Gifts | | |
| 504100 | | Crime Victims Fund | | |
| 613300 | | Unclaimed Monies | | |
| 510000 | | Civil Filing Fee (½) | | |
| 510100 | | Registry Fee | | |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

| DATE | Cash | Check | M.O. | Credit | DEPUTY CLERK: |
|---|---|---|---|---|---|
| 10/20/2025 19 | | X | | | [signature] |